**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Irene S. Fenstermacher<br>  aka Irene Sabrina Fenstermacher<br>  aka Irene S. Butkiewicz<br><br>    **Debtors** | BK NO. 17-05101 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Specialized Loan Servicing LLC and index same on the master mailing list.

                Respectfully submitted,

                **/s/James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                412-430-3594