```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17−05101−RNO
Irene S. Fenstermacher                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314−5          User: MMchugh           Page 1 of 1            Date Rcvd: Nov 19, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
          +Mark Fenstermacher,   116 Husson Road,   Milford, PA 18337−7155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation−compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vern S. Lazaroff    on behalf of Debtor 1 Irene S. Fenstermacher pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
                                                                                                  TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Irene S. Fenstermacher aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz <br><br> <u>Debtor</u> <br><br> Specialized Loan Servicing LLC <br><br> <u>Movant</u> <br> vs. <br><br> Irene S. Fenstermacher aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz <br><br> <u>Debtor</u> <br><br> Mark Fenstermacher <br> <u>Additional Respondent</u> <br><br> Charles J. DeHart, III Esq. <br> <u>Trustee</u> | CHAPTER 13 <br><br><br> NO. 17-05101 RNO <br><br><br> 11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: November 19, 2018

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)