UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

IN RE:

**Irene S. Fenstermacher aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz**
    Debtor,

CHAPTER 13

CASE NO.:17-05101 RNO

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties indicated below of Order Granting for Relief in the manner indicated below:

Date Served (ECF) or Mailed: July 31, 2019

**Irene S. Fenstermacher aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz**
116 Husson Road
Milford, PA 18337
Debtor
**Via Regular Mail**

**Vern S. Lazaroff, Esquire**
P.O. Box 1108
143 Pike Street
Port Jervis, NY 12771
Debtor's Counsel
**Via ECF**

Date: July 31, 2019

**Charles J DeHart, III**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee
**Via ECF**

**United States Trustee**
228 Walnut Street, Suite 1190
Harrisburgh, PA 17101
Counsel to the UST
**Via ECF**

By: /s/ Michael J. Shavel, Esq.
Michael J. Shavel, Esq., Attorney ID 60554
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: mshavel@hillwallack.com

Case 5:17-bk-05101-RNO    Doc 56    Filed 07/31/19    Entered 07/31/19 15:26:20    Desc
Main Document     Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# (WILKES-BARRE)

| | |
|---|---|
| IN RE:<br>**Irene S. Fenstermacher aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz**<br>    Debtor<br><br>**1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee**<br>    Creditor/Movant<br>v.<br>**Irene S. Fenstermacher aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz**<br>    Respondent | CHAPTER 13<br><br>CASE NO.:17-05101-RNO |

## ORDER FOR RELIEF

AND NOW, upon consideration of the Motion of 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee ("Movant") for relief from the Automatic Stay, and the Debtor's Answer thereto having been withdrawn in open court with consent, after hearing held on July 31, 2019, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 116 Husson Road, Milford, PA 18337 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

Dated: July 31, 2019

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (BJ)

## Notice Recipients

District/Off: 0314-5            User: MMchugh                    Date Created: 7/31/2019
Case: 5:17-bk-05101-RNO         Form ID: pdf010                  Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Vern S. Lazaroff         pabankruptcy@vernlazaroff.com

                                                                              TOTAL: 1