# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: IRENE S. FENSTERMACHER
AKA: IRENE S. BUTKIEWICZ, IRENE SABRINA FENSTERMACHER

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-05101-RNO

IRENE S. FENSTERMACHER
AKA: IRENE S. BUTKIEWICZ, IRENE SABRINA FENSTERMACHER

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 25, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 25, 2019, the Debtor(s) is/are $1023.20 in arrears with a plan payment having last been made on Jul 05, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 25, 2019

Case 5:17-bk-05101-RNO    Doc 58    Filed 10/25/19    Entered 10/25/19 13:20:07    Desc
Main Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: IRENE S. FENSTERMACHER
AKA: IRENE S. BUTKIEWICZ, IRENE SABRINA FENSTERMACHER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-05101-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 25, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

VERN S. LAZAROFF, ESQUIRE
143 PIKE STREET
P.O. BOX 1108
PORT JERVIS, NY 12771-

SERVED ELECTRONICALLY

IRENE S. FENSTERMACHER
116 HUSSON ROAD
MILFORD, PA 18337

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com