```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-05101-RNO
Irene S. Fenstermacher                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: MMchugh              Page 1 of 2        Date Rcvd: Oct 28, 2019
                             Form ID: pdf010            Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db             +Irene S. Fenstermacher,    116 Husson Road,    Milford, PA 18337-7155
cr             +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,   Greenville, SC 29603-0826
cr             +Specialized Loan Servicing LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
5170524        +1900 Capital Trust II,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
5170525        +1900 Capital Trust II,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    1900 Capital Trust II,    Shellpoint Mortgage Servicing 29603-0826
5001602         Blue Ridge Communication,    PO Box 316,    Palmerton, PA 18071-0316
5001603        +Bottini Fuel,    6 Sleepy Hollow Road,    Port Jervis, NY 12771-5308
5023380         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5001605        +Compucredit,    PO Box 105555,    Atlanta, GA 30348-5555
5001607         First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5001608        +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
5001610        +Macys,    PO Box 8218,    Mason, OH 45040-8218
5001611        +Nationstar Mortgage,    PO Box 60518,    City of Industry, CA 91716-0518
5001613         Payment Processing,    PO Box 790317,    Saint Louis, MO 63179-0317
5016302        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:57
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
5001604         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 28 2019 19:47:08      Capital One Bank,
                 PO Box 71083,   Charlotte, NC 28272-1083
5001606         E-mail/PDF: creditonebknotifications@resurgent.com Oct 28 2019 19:47:59      Credit One Bank,
                 PO Box 60500,   City Of Industry, CA 91716-0500
5001609         E-mail/Text: bncnotices@becket-lee.com Oct 28 2019 19:41:52      Kohl's Payment Center,
                 PO Box 2983,   Milwaukee, WI 53201-2983
5024327         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 28 2019 19:47:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5014245         E-mail/PDF: cbp@onemainfinancial.com Oct 28 2019 19:47:04      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5001612        +E-mail/PDF: cbp@onemainfinancial.com Oct 28 2019 19:47:06      One Main,    PO Box 1010,
                 Evansville, IN 47706-1010
5001614         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:11
                 Portfolio Recovery Assoc.,    120 Corporate Blvd., Ste 100,    Norfolk, VA 23502
5082692         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:57
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
5082693         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:33
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
5005601         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5001981        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5001616         E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:25      Walmart/GEMB,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5001615*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc.,     120 Corporate Blvd., Ste. 100,
                 Norfolk, VA 23502)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          Michael Joshua Shavel    on behalf of Creditor    1900 Capital Trust II, BY U.S. BANK TRUST
           NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
           mshavel@hillwallack.com,    lcampbell@hillwallack.com;jrydzewski@HillWallack.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vern S. Lazaroff    on behalf of Debtor 1 Irene S. Fenstermacher pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
                                                                                        TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Irene S. Fenstermacher** aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz | Chapter: 13 |
| Debtor 1 | Case No.: 5:17-bk-05101-RNO |
| **Charles J DeHart, III (Trustee)** | |
| vs.      Movant(s) | |
| **Irene S. Fenstermacher** aka Irene Sabrina Fenstermacher aka Irene S. Butkiewicz | |
| Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 28, 2019

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17